UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>  v.<br><br>**JOLY GERMINE, ELIANDE TUNIS, and WALDER ST. LOUIS,**<br><br>  Defendant. | Criminal Action No. 21-699 (JDB) |

**ORDER**

Upon consideration of [64] the parties' joint proposed scheduling order, and the entire record herein, it is hereby

**ORDERED** that the following schedule shall govern pre-trial proceedings:

**Pre-Trial Motions**

1. Motions shall be filed by not later than November 17, 2023.

2. Responses shall be filed by not later than December 8, 2023.

3. Replies shall be filed by not later than December 15, 2023.

4. A hearing, if necessary, shall be held on December 21, 2023 at 11:00 a.m.

**Trial/Pre-Trial Matters**

1. Expert Notices shall be filed by not later than November 16, 2023.

2. The government shall notify the defense of its intent to use evidence of a crime, wrong, or other acts against the defendant at trial by not later than November 16, 2023.

3. Counter Expert Notices shall be filed by not later than December 15, 2023.

4. Proposed Juror Questionnaire, Voir Dire Questions, and Jury Instructions shall be filed by not later than December 15, 2023.

5. The government shall notify the defense of its intent to introduce statements that would fall under the residual hearsay exception, if any, by not later than January 2, 2024.

6. Pre-Trial Conference shall be held on January 8, 2024 at 2:00 p.m.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: October 31, 2023